# ATTACHMENT "2"

### *"AFFIDAVIT OF TERRY AMBROSE"*

### *PLAINTIFF'S BRIEF IN SUPPORT OF REQUEST FOR AWARD OF APPROPRIATE DAMAGES*

**BENNY HOLLAND, JR., DAVID F. ADAM, and
MANAGEMENT - ILA MANAGED HEALTHCARE TRUST FUND
V
GARY SCOTT**

**4:19-cv-00022-WTM-CLR**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| BENNY HOLLAND, JR., DAVID F. ADAM, AND MANAGEMENT-ILA MANAGED HEALTH CARE TRUST FUND, | ) ) ) ) |
| Plaintiffs | ) ) |
| V | ) CIVIL ACTION NO: 4:19-cv-00022-WTM-CLR ) |
| GARY SCOTT, | ) ) |
| Defendant | ) |

### *AFFIDAVIT OF TERRY AMBROSE*

Personally appeared before me, an officer authorized to administer oaths, came Terry Ambrose, who, after having been sworn, deposes and states the following to be true and correct to the best of my knowledge:

1.

I am the Records Coordinator for the Georgia Stevedore Association (hereinafter referred to as "GSA") and in such capacity I am authorized to make this *Affidavit* on behalf of the GSA.

2.

I certify that the *Hours Worked – Summary* for Gary Scott, (#0155), is a true and correct copy of a business record used in the normal course of business. The *Hours Worked – Summary* is attached hereto, incorporated herein and marked as **"Exhibit A."**

3.

The *Hours Worked – Summary* (**Exhibit "A"**) shows the date Gary Scott, (#0155), was hired, to-wit: 03/22/1981; the standard, overtime and total hours worked in each Contract Year from 1981 through 2020. The *Hours Worked – Summary* also shows the Gross Wages earned each

Contract Year since 1981.

4.

A Contract Year is defined as "the period between October 1 of one calendar year and September 30 of the following calendar year."

4.

Gary Scott, (#0155), has maintained and surpassed 1300 hours worked in all years since 1984.

Further Affiant saith not.

This 25 day of November, 2019.

_____ (T.A.)
TERRY AMBROSE, AFFIANT

Sworn to and subscribed before me
this 25 day of November, 2019.

_____
NOTARY PUBLIC

2

# Hours Worked - Summary  SSN: ___-__-_0155  GARY SCOTT

Date Hired: 3/22/1981

| Contract Year | ST Hrs | OT Hrs | Total Hrs | Gross Wages |
|---|---|---|---|---|
| 1981 | 366.50 | 212.00 | 578.50 | 8,024.79 |
| 1982 | 666.50 | 355.00 | 1,021.50 | 19,304.00 |
| 1983 | 436.00 | 405.00 | 841.00 | 19,134.10 |
| 1984 | 493.00 | 744.00 | 1,237.00 | 30,914.02 |
| 1985 | 750.00 | 733.50 | 1,483.50 | 37,930.26 |
| 1986 | 716.00 | 641.50 | 1,357.50 | 37,050.32 |
| 1987 | 808.00 | 625.50 | 1,433.50 | 36,665.84 |
| 1988 | 865.50 | 664.50 | 1,530.00 | 36,073.89 |
| 1989 | 644.50 | 851.50 | 1,496.00 | 40,300.19 |
| 1990 | 714.50 | 924.00 | 1,638.50 | 49,393.94 |
| 1991 | 666.50 | 765.50 | 1,432.00 | 44,562.14 |
| 1992 | 488.00 | 1,070.00 | 1,558.00 | 53,305.26 |
| 1993 | 426.00 | 991.50 | 1,417.50 | 54,120.66 |
| 1994 | 431.00 | 1,049.00 | 1,480.00 | 59,617.00 |
| 1995 | 623.00 | 1,215.00 | 1,838.00 | 71,379.55 |
| 1996 | 750.50 | 1,100.00 | 1,850.50 | 70,827.41 |
| 1997 | 598.50 | 1,068.50 | 1,667.00 | 71,687.45 |
| 1998 | 588.00 | 1,017.00 | 1,605.00 | 73,085.99 |
| 1999 | 746.50 | 1,502.00 | 2,248.50 | 93,324.84 |
| 2000 | 872.50 | 2,007.00 | 2,879.50 | 117,376.86 |
| 2001 | 730.00 | 2,000.00 | 2,730.00 | 118,528.61 |
| 2002 | 791.00 | 2,229.50 | 3,020.50 | 132,789.30 |
| 2003 | 552.00 | 2,686.00 | 3,238.00 | 153,912.47 |
| 2004 | 392.50 | 2,543.50 | 2,936.00 | 141,533.05 |
| 2005 | 256.00 | 2,435.50 | 2,691.50 | 141,532.51 |
| 2006 | 224.00 | 2,580.00 | 2,804.00 | 147,351.75 |
| 2007 | 304.00 | 2,982.50 | 3,286.50 | 172,893.81 |
| 2008 | 232.00 | 3,049.50 | 3,281.50 | 175,128.50 |
| 2009 | 580.00 | 2,691.00 | 3,271.00 | 169,198.25 |
| 2010 | 392.00 | 2,576.50 | 2,968.50 | 165,652.53 |
| 2011 | 356.00 | 2,372.50 | 2,728.50 | 166,953.20 |

# Hours Worked - Summary   SSN: ⌐0155   GARY SCOTT

Date Hired: 3/22/1981

| Contract Year | ST Hrs | OT Hrs | Total Hrs | Gross Wages |
|---|---|---|---|---|
| 2012 | 344.00 | 2,612.00 | 2,956.00 | 188,852.10 |
| 2013 | 395.00 | 2,334.00 | 2,729.00 | 178,747.80 |
| 2014 | 332.00 | 2,481.00 | 2,813.00 | 186,293.65 |
| 2015 | 326.00 | 2,706.00 | 3,032.00 | 198,232.95 |
| 2016 | 381.50 | 3,095.50 | 3,477.00 | 218,907.85 |
| 2017 | 328.00 | 2,945.00 | 3,273.00 | 210,902.50 |
| 2018 | 208.00 | 2,409.00 | 2,617.00 | 186,347.70 |
| 2019 | 192.00 | 1,409.00 | 1,601.00 | 126,636.65 |
| 2020 | 20.00 | 154.00 | 174.00 | 9,807.25 |
| | 19,987.00 | 66,234.00 | 86,221.00 | 4,214,280.94 |

Local  Class  Card Number
**1414   K     141407381**