IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
BENNY HOLLAND, JR., DAVID F.    )
ADAM, and MANAGEMENT-ILA        )
MANAGED HEALTH CARE TRUST       )
FUND,                           )
                                )
        Plaintiffs,             )
                                )
v.                              )    CASE NO. CV419-022
                                )
GARY SCOTT,                     )
                                )
        Defendant.              )
_____)
```

## O R D E R

Before the Court is Plaintiffs' Brief in Support of Request for Award of Appropriate Damages. (Doc. 18.) After careful consideration, Plaintiffs' request for **$171,605.67** in damages is **GRANTED**.

On November 14, 2019, the Court granted in part and denied in part Plaintiffs' Renewed Motion for Default Judgment. (Doc. 15.) Specifically, the Court found that while default judgment should be entered against Defendant Gary Scott, Plaintiffs failed to provide a legitimate basis for the damages award requested. (Id. at 7-9.) The Court ordered Plaintiffs to file a brief further justifying appropriate damages. (Id. at 9.) Plaintiffs have now filed such a brief alleging that the appropriate amount of damages in this case is **$171,605.67**. (Doc. 18 at 21.)

According to Plaintiffs' brief and supporting documentation, $171,605.67 is the sum of medical benefits, prescription benefits,

dental benefits, and vision benefits, minus refunds and member costs, distributed by Plaintiffs on behalf of Linda Scott after her divorce from Defendant Scott. (Id. at 7-10.) The net damages suffered by Plaintiffs for the payment of these benefits are ascribed below:

1. Medical Benefits Payments: $54,456.15
2. Prescription Benefits Payments: $114,714.67
3. Dental Benefits Payments: $2,254.85
4. Vision Benefits Payments: $180.00

(Id. at 8-10.) The Court finds that Plaintiffs have adequately demonstrated that they are entitled to the requested damages. Accordingly, the Court hereby **ENTERS JUDGMENT** against Gary Scott and **AWARDS** Plaintiffs damages in the amount of **$171,605.67**. Because there are no more claims pending in this case, the Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 1st day of December 2020.

_____
WILLIAM T. MOORE, JR.,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In the Court's prior order, the Court indicated that a hearing would be scheduled to determine the appropriate amount of damages. (Doc. 15 at 9.) However, as highlighted by Plaintiffs, an evidentiary hearing on damages is unnecessary if "the amount of damages is liquidated or can be reduced to a sum certain." Producers Credit Corp., v. Stuart Eugene McCleskey, NO. 5:15-CV-214 (CAR), 2015 WL 6126831, at *2 (M.D. Ga. Oct. 16, 2015). Based on Plaintiffs' supporting documentation, the Court finds that the damages in this matter can be reduced to a sum certain and, therefore, an evidentiary hearing on this matter is unnecessary.