AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BENNY HOLLAND, JR., DAVID F. ADAM, and MANAGEMENT-ILA MANAGED HEALTH CARE TRUST FUND,

    Plaintiffs,

v.

GARY SCOTT,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV419-022

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated December 1, 2020, judgment is hereby entered against Defendant, Gary Jones. Plaintiffs, Benny Holland, Jr., David F. Adam, and Management-ILA Managed Health Care Trust Fund, are awarded damages in the amount of One Hundred Seventy-One Thousand Six Hundred Five Dollars and Sixty-Seven Cents ($171,605.67.) This case stands closed.

December 2, 2020
*Date*



John E. Triplett, Acting Clerk
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03